| | |
|---|---|
| KELVIN CANNON,<br><br>             Plaintiff,<br><br>v.<br><br>KONG, *et al.*,<br><br>             Defendants. | Case No. 1:18-cv-00666-LJO-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS THAT PLAINTIFF BE PERMITTED TO PROCEED ON COGNIZABLE CLAIMS AND THAT NON-COGNIZABLE CLAIMS BE DISMISSED WITH LEAVE TO AMEND<br><br>ECF No. 9 |

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 29, 2019, the magistrate judge screened plaintiff's complaint. ECF No. 9. The magistrate judge issued findings and recommendations that (1) plaintiff has stated a retaliation claim against defendant Gallahger and conditions-of-confinement claims against defendants Kong, Gonzalves, Torres, Vang, Rocha, Perez, Curtis, Correctional Officer Gamboa, Flores, Brandon, Hernandez, Podsakoff, Wilson, Gallahger, and Shelby; (2) plaintiff's remaining claims should be dismissed without prejudice; and (3) plaintiff should be granted leave to amend the

1

complaint.[1] *Id.* Plaintiff did not file objections to the findings and recommendations, and the time to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS ORDERED that:

1. The findings and recommendations issued by the magistrate judge on March 29, 2019, ECF No. 9, are ADOPTED IN FULL.
2. Plaintiff states a retaliation claim against defendant Gallahger.
3. Plaintiff states conditions-of-confinement claims against defendants Kong, Gonzalves, Torres, Vang, Rocha, Perez, Curtis, Correctional Officer Gamboa, Flores, Brandon, Hernandez, Podsakoff, Wilson, Gallahger, and Shelby.
4. Plaintiff's remaining claims are dismissed without prejudice, and plaintiff is granted leave to amend the complaint.
5. If plaintiff files a second amended complaint, defendants Kong, Gonzalves, Torres, Vang, Rocha, Perez, Curtis, Correctional Officer Gamboa, Flores, Brandon, Hernandez, Podsakoff, Wilson, Gallahger, and Shelby are not required to respond until the court screens the amended complaint.

IT IS SO ORDERED.

Dated: **May 1, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

---

[1] Plaintiff filed a first amended complaint on April 8, 2019. ECF No. 10. The magistrate judge screened plaintiff's first amended complaint and concluded that it failed to state a claim. ECF No. 11. Accordingly, plaintiff withdrew his first amended complaint, ECF No. 12, and the action proceeds on plaintiff's original complaint, ECF No. 13.

2