1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   KELVIN CANNON,                          Case No. 1:18-cv-00666-LJO-JDP

11              Plaintiff,                    ORDER GRANTING DEFENDANTS'
                                              MOTION FOR AN EXTENSION
12        v.
                                              ECF No. 19
13   GALLAHGER, *et al*.,
                                              ORDER DENYING PLAINTIFF'S MOTION
14              Defendants.                   FOR SANCTIONS

15                                            ECF No. 8

16                                            ORDER DIRECTING THE CLERK OF
                                              COURT TO UPDATE THE CASE CAPTION
17                                            ON THE DOCKET[1]

18
          Good cause having been shown, defendants are granted an additional thirty (30) days from
19
     the date this order is filed to file their responsive pleadings to the complaint in this action.
20
          Plaintiff's March 2019 motion for the imposition of sanctions for failure to respond to his
21
     complaint, ECF No. 8, is denied.  The order directing service of plaintiff's complaint was not
22
     signed until on May 6, 2019.  *See* ECF No. 15.
23

24

25

26

27   ─────────────────────────
     [1] The caption of this order has been updated to reflect the fact that Warden Daves, previously the
     lead defendant, was terminated as a defendant in May 2019.  *See* ECF Nos. 14 and 15.  The
28   docket should be updated in similar fashion.
                                              1

IT IS SO ORDERED.

Dated:     August 5, 2019

UNITED STATES MAGISTRATE JUDGE

No. 205