UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN CANNON,<br><br>    Plaintiff,<br><br>v.<br><br>GALLAGHER, *et al*.,<br><br>    Defendants. | Case No. 1:18-cv-00666-NONE-JDP<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER<br><br>ECF No. 51 |

Good cause having been shown, defendants' motion to modify the scheduling order, ECF No. 51, is granted. The discovery deadline is extended until September 21, 2020, for the limited purpose of allowing defendants to take plaintiff's deposition. The dispositive motions deadline is extended until November 30, 2020.

IT IS SO ORDERED.

Dated:   May 29, 2020                                      _____
                                                                                   UNITED STATES MAGISTRATE JUDGE

No. 205.

1