UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN CANNON, | Case No. 1:18-cv-00666-NONE-JDP |
| Plaintiff, | ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER |
| v. | |
| GALLAGHER, *et al*., | ECF No. 55 |
| Defendants. | |

Defendants' motion to modify the scheduling order, ECF No. 55, is granted for good cause. The current discovery deadline is extended until December 21, 2020, for the limited purpose of allowing defendants to take plaintiff's deposition. The dispositive-motions deadline is also extended for three months until February 21, 2021.

IT IS SO ORDERED.

Dated:    September 1, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 205.

1