UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KELVIN CANNON, | Case No. 1:18-cv-666-NONE-HBK |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY |
| v. | |
| FNU GALLAHGER, ET. AL., | (Doc. No. 83) |
| Defendants. | |

Pending before the Court Defendants' second motion for enlargement of time to file a reply and supporting declaration filed on behalf of Defendants Perez, Wilson, Shelby, Vang, Curtis, Kong, Hernandez, Gamboa, Gonsalves, Podsakoff, Rocha, Flores, Brandon, Forrest, and Gallagher on August 30, 2021. (Doc. No. 83). Defendants note their current deadline to reply is September 1, 2021, and request until September 14, 2021 to now reply. (*Id.* at 1).

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. Additionally, Fed. R. Civ. P. 16(b)(4) permits a court to modify a scheduling order for good cause shown and with the judge's consent. Here, Defendants filed their motion before the time expired and have established good cause to extend their deadline.

Accordingly, it is **ORDERED**:

1. Defendants' motion for an enlargement of time (Doc. No. 83) is GRANTED.

2. Defendants shall file a reply no later than **September 14, 2021**.

Dated:   August 31, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE