UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN CANNON,<br><br>    Plaintiff,<br><br>    v.<br><br>FNU GALLAGHER, ET. AL.,<br><br>    Defendants. | Case No. 1:18-cv-666-NONE-HBK<br><br>ORDER DENYING PLAINTIFF'S SECOND MOTION FOR COPIES OF DEPOSITION TRANSCRIPT<br><br>(Doc. No. 82) |

Pending before the Court is Plaintiff's motion requesting a copy of his deposition transcript, filed on July 29, 2021. (Doc. No. 82, "Motion"). Plaintiff states that defense counsel recently denied him a "complimentary copy" of his deposition transcript. (*Id.* at 1).

A review of the docket shows the Court previously denied Plaintiff's prior motion for a copy of the deposition transcript. (Doc. No. 79). As the Court explained at length in its July 9, 2021 order, *in forma pauperis* status does not entitle a litigant to free, unlimited copies. (*Id.* at 3). Additionally, Plaintiff should already have a copy of the portions of the deposition transcript attached to Defendants' motion for summary judgment. (*Id.* at 4). The instant Motion does not state that Plaintiff was not served a copy of the Defendants' motion for summary judgment and attachments thereto. (*See generally* Doc. No. 82). Nor does Plaintiff explain why he requires a complete copy of the transcript. (*Id.*). For the reasons set forth in the Court's July 9 Order, Plaintiff second motion for copies of the deposition transcript is denied.

Accordingly, it is **ORDERED**:

Plaintiff's motion requesting a copy of his deposition transcript (Doc. No. 82) is DENIED.

Dated: August 31, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE